AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Guam

Occidental Life Insurance Company of
North Carolina

                Plaintiff,

V.

NetCor, Inc. Holding Company,

                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-00041**

FILED
DISTRICT COURT OF GUAM
OCT 01 2004
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

NetCor, Inc. Holding Company
424 West O'Brien Drive
Suite 107, Julale Center
Hagatna, Guam 96910

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**David W. Dooley, Esq.**

**Dooley Roberts & Fowler LLP**

**865 S. Marine Drive, Suite 201**

**Orlean Pacific Plaza**

**Tamuning, Guam 96913**

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

(By) DEPUTY CLERK

SEP 20 2004

DATE

ORIGINAL

%AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE SEPTEMBER 20, 2004 |
| NAME OF SERVER *(PRINT)* GREGORY C. HALL | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant Place where served  SUITE 201, JULALE CENTER

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left  Glenda Eclarea, Policy Holder Services

☐ Returned unexecuted

☐ Other (specify)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  9/20/04
Date

Signature of Server

P.O. BOX 23964, GUAM
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure