DOOLEY ROBERTS & FOWLER LLP
865 S. Marine Drive
Suite 201, Orlean Pacific Plaza
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223



Attorneys for Plaintiff Occidental Life
Insurance Company of North Carolina

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | | |
|---|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | ) ) ) | CIVIL ACTION NO. 04-00041 |
| Plaintiff/Counterclaim Defendant, | ) ) | |
| vs. | ) ) ) | CERTIFICATE OF SERVICE |
| NETCOR, INC. HOLDING COMPANY, | ) ) ) | |
| Defendant/Counterclaimant. | ) | |

I, **DAVID W. DOOLEY**, hereby certify that on the 5th day of November 2004, I caused a copy of Plaintiff/Counterclaim Defendant Occidental Life Insurance Company of North Carolina's LR26.2 Pre-Discovery Disclosures to be served upon the following via hand delivery:

Maria T. Cenzon-Duenas, Esq.
**MAIR, MAIR, SPADE AND THOMPSON, P.C.**
238 A.F. C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910

Dated: November 5, 2004

DAVID W. DOOLEY

DWD/fad F#O130 f:\documents\ddooley\o130 occidental\pleadings\o130.rule 26 disclosure.doc

ORIGINAL