MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendant/Counterclaim-Plaintiff
  NetCor, Inc. Holding Company

FILED
DISTRICT COURT OF GUAM
NOV 10 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, <br><br> Plaintiff, <br><br> v. <br><br> NETCOR, INC. HOLDING COMPANY, <br><br> Defendant. <br><br> NETCOR, INC. HOLDING COMPANY, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, <br><br> Counterclaim-Defendant. | CIVIL CASE NO. 04-00041 <br><br><br><br><br><br><br><br><br> **NETCOR, INC. HOLDING COMPANY'S DEMAND FOR JURY TRIAL** |

**ORIGINAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant/Counterclaim-Plaintiff **NETCOR, INC. HOLDING COMPANY** hereby demands a trial by jury of all issues triable of right by jury.

Dated this 10th day of November, 2004.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant/Counterclaim-Plaintiff
NetCor, Inc. Holding Company,

By _____
MARIA T. CENZON-DUENAS

P04874.MTCD