MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendant/Counterclaim-Plaintiff
NetCor, Inc. Holding Company

**FILED**
DISTRICT COURT OF GUAM
NOV 1 0 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NETCOR, INC. HOLDING COMPANY, )<br>)<br>Defendant. )<br>_____)<br>)<br>NETCOR, INC. HOLDING COMPANY, )<br>)<br>Counterclaim-Plaintiff, )<br>)<br>v. )<br>)<br>OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, )<br>)<br>Counterclaim-Defendant. )<br>_____) | CIVIL CASE NO. 04-00041<br><br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

**ORIGINAL**

I, **MARIA T. CENZON-DUENAS**, hereby certify that on the 27th day of October, 2004, I caused a copy of **NETCOR, INC. HOLDING COMPANY'S ANSWER AND COUNTERCLAIM** to be served on the following via hand delivery:

>David W. Dooley, Esq.
>Dooley Roberts & Fowler, LLP
>Suite 201, Orlean Pacific Plaza
>Tamuning, Guam 906913

Dated this 10th day of November, 2004.

_____
**MARIA T. CENZON-DUENAS**

P04876.MTCD