MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

FILED
DISTRICT COURT OF GUAM
NOV 1 0 2004
MARY L. M. MORAN
CLERK OF COURT



Attorneys for Defendant/Counterclaim-Plaintiff
  NetCor, Inc. Holding Company

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | | |
|---|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | ) ) ) | CIVIL CASE NO. 04-00041 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NETCOR, INC. HOLDING COMPANY, | ) ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) ) | |
| NETCOR, INC. HOLDING COMPANY, | ) ) ) | |
| Counterclaim-Plaintiff, | ) ) | |
| v. | ) ) | |
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | ) ) ) | |
| Counterclaim-Defendant. | ) ) | |

# ORIGINAL

I, **MARIA T. CENZON-DUENAS**, hereby certify that on the 10th day of November, 2004, I caused a copy of **NETCOR, INC. HOLDING COMPANY'S DEMAND FOR JURY TRIAL** to be served on the following via hand delivery:

> David W. Dooley, Esq.
> Dooley Roberts & Fowler, LLP
> Suite 201, Orlean Pacific Plaza
> Tamuning, Guam 906913

Dated this 10th day of November, 2004.

*/s/ Maria T. Cenzon-Duenas*
**MARIA T. CENZON-DUENAS**

P04875.MTCD

2