DOOLEY ROBERTS & FOWLER LLP
865 S. Marine Drive
Suite 201, Orlean Pacific Plaza
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223




Attorneys for Plaintiff/Counterclaim Defendant
Occidental Life Insurance Company of North Carolina

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, <br><br> Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> NETCOR, INC. HOLDING COMPANY, <br><br> Defendant/Counterclaimant. | CIVIL ACTION NO. 04-00041 <br><br><br> CERTIFICATE OF SERVICE |

I, **DAVID W. DOOLEY**, hereby certify that on the 15th day of November 2004, I caused a copy of Plaintiff/Counterclaim Defendant Occidental Life Insurance Company of North Carolina's (1) Notice of Motion to Dismiss Counterclaims; (2) Motion to Dismiss Counterclaims; and (3) Memorandum of Points and Authorities in Support of Motion to Dismiss Counterclaims and [Proposed] Order to be served upon the following via hand delivery:

Maria T. Cenzon-Duenas, Esq.
**MAIR, MAIR, SPADE AND THOMPSON, P.C.**
238 A.F. C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910

Dated: November 15, 2004

**DAVID W. DOOLEY**

DWD/fad F#O130 f:\documents\ddooley\o130 occidental\pleadings\o130.cert of service.doc