ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 18 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA,<br><br>Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>NETCOR, INC. HOLDING COMPANY,<br><br>Defendant/Counterclaimant. | Civil Case No. 04-000041<br><br><br><br>ORDER |

This matter is before the Court on a Motion to Dismiss Counterclaims filed by the Plaintiff/Counterclaim Defendant (the "Plaintiff"). The Plaintiff seeks dismissal of all of the Defendant's counterclaims pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). If the Defendant intends to file an Opposition, it shall do so by close of business on December 3, 2004. Any reply shall be filed by December 10, 2004. Thereafter, the Court will schedule a hearing before the Designated District Court Judge if one is deemed necessary, otherwise the Designated District Court Judge will rule on the matter based upon the pleadings.

SO ORDERED this 18th day of November, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge