MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206




Attorneys for Defendant/Counterclaim-Plaintiff
  NetCor, Inc. Holding Company

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM



| | |
|---|---|
| OCCIDENTIAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | CIVIL CASE NO. 04-00041 |
| Plaintiff, | |
| v. | |
| NETCOR, INC. HOLDING COMPANY, | **CERTIFICATE OF SERVICE** |
| Defendant. | |
| NETCOR, INC. HOLDING COMPANY, | |
| Counterclaim-Plaintiff, | |
| v. | |
| OCCIDENTIAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | |
| Counterclaim-Defendant. | |

**ORIGINAL**

I, **MARIA T. CENZON-DUENAS**, hereby certify that on the 3rd day of December, 2004, I caused a copy of the **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NETCOR, INC. HOLDING COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS; AND COUNTER-MOTION TO AMEND COUNTERCLAIMS** to be served on the following via hand delivery:

>David W. Dooley, Esq.
>Dooley Roberts & Fowler, LLP
>Suite 201, Orlean Pacific Plaza
>Tamuning, Guam 906913

Dated this 14th day of December, 2004.

*/s/ Maria T. Cenzon-Duenas*
**MARIA T. CENZON-DUENAS**

P04890.MTCD

2