FILED
DISTRICT COURT OF GUAM
DEC 16 2004
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA,<br><br>Plaintiff,<br><br>vs.<br><br>NETCOR, INC. HOLDING COMPANY,<br><br>Defendants. | Civil Case No. 04-00041<br><br><br><br>MINUTES |

(✓) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
(December 16, 2004 at 3:00 p.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Attorney David Dooley appeared on behalf of the Plaintiff. Attorney Sandra Cruz appeared on behalf of the Defendant.

When asked whether the parties are prepared to submit the case for a settlement conference, Attorney Dooley stated that settlement at this time is not possible. The Magistrate Judge stated that he will preside over the settlement conference if and when the parties desire to schedule one.

Judge Manibusan signed the proposed Scheduling Order and Discovery Plan without any revision.

The conference concluded at 3:10 p.m.

Dated: December 16, 2004.

_____
JUDITH P. HATTORI
Law Clerk