DOOLEY ROBERTS & FOWLER LLP
865 S. Marine Corps. Drive
Suite 201, Orlean Pacific Plaza
Tamuning, Guam 96913
Telephone:   (671) 646-1222
Facsimile:   (671) 646-1223

Attorneys for Plaintiff/Counterclaim Defendant
Occidental Life Insurance Company of North Carolina

FILED
DISTRICT COURT OF GUAM
DEC 16 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | | |
|---|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | ) ) ) | CIVIL ACTION NO. 04-00041 |
| Plaintiff/Counterclaim Defendant, | ) ) ) | |
| vs. | ) ) ) | [~~PROPOSED~~] SCHEDULING ORDER |
| NETCOR, INC. HOLDING COMPANY, | ) ) ) | |
| Defendant/Counterclaimant. | ) | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows: **Occidental requests payment from NetCor for the sale of an insurance portfolio which was purchased by NetCor and for dividends owed by NetCor to Occidental. NetCor seeks damages based on certain alleged misrepresentations made by Occidental regarding the value of the portfolio.**

2. The posture of the case is as follows:

    a. The following motions are on file: **On November 15, 2004, Occidental filed a motion to dismiss NetCor's counterclaims.**

    b. The following motions have been resolved: **Not applicable.**

    c. The following discovery has been initiated: **No discovery has been initiated.**

*[Proposed] Scheduling Order*
Occidental v. NetCor
Civil Case No. CIV04-00041
Page 2

3. The parties shall appear before the District Court on **December 16, 2004** at 3:00 p.m. for the Scheduling Conference;

4. All motions to add parties and claims shall be filed on or before **April 1, 2005** and heard on **April 22, 2005 at 9:30 a.m.**

5. All motions to amend pleadings shall be filed on or before **April 1, 2005** and heard on **April 22, 2005 at 9:30 a.m.**

6. Pursuant to Federal Rule of Civil Procedure 26(a)(2), the parties shall disclose to all other parties the identity of all expert witnesses who may testify at trial, and exchange the required copies of the experts' reports by **June 1, 2005;** and until **June 15, 2005** to identify any rebuttal experts. The parties shall make all such experts available to be deposed from **June 16, 2005 to July 15, 2005,** at specific times and dates as mutually agreed.

7. Status of Discovery (Plan): The parties' Discovery Plan which was separately filed is adopted and incorporated herein by reference as part of this Scheduling Order.

8. The discovery cut-off date (defined as the last day to file responses to discovery) is **July 15, 2005.**

9. The anticipated discovery motions are: **none at this time.** All discovery motions shall be filed on or before **August 15, 2005,** and heard on or about **September 5, 2005 at 10:00 a.m.**

10. The anticipated dispositive motions are **motions to dismiss and/or for summary judgment.** All dispositive motions shall be filed on or before **September 30, 2005,** and heard

on or about **October 21, 2005** at **10:00 a.m.**

11. The prospects for settlement are **unknown at this time.**

12. The following pretrial disclosures shall be made no later than **December 31, 2005.**

   a. Pursuant to Local Rule 16.7(b), the parties' trial briefs shall be filed and exchanged;

   b. Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures shall be exchanged.

13. The Preliminary Pre-Trial Conference shall be held on **January 9, 2006 at 9:30 a.m.** (no later than twenty-one (21) days prior to trial);

14. Pursuant to Local Rule 16.7(d), the parties shall file their witness lists, discovery material designations, exhibit lists, and binders containing copies of trial exhibits, on or before **January 16, 2006** (no later than fourteen (14) days prior to trial).

15. Pursuant to Local Rule 16.7(e), Plaintiff shall file the Joint Proposed Pretrial Order on or before **January 16, 2006** (no later than fourteen (14) days prior to trial);

16. Pursuant to Local Rule 16.7(f)(1) and Local Rule 51.1, counsel shall serve on all parties and lodge with the Court proposed *voir dire* questions, if any, the forms of verdict, and joint proposed jury instructions as required by Local Rule 16.7(f) on or before **January 23, 2006.** Sufficiently in advance of such filing, the parties shall meet and confer to formulate a list of joint proposed jury instructions and those instructions upon which agreement cannot be reached shall be submitted in a separate packet."

*[Proposed] Scheduling Order*
Occidental v. NetCor
Civil Case No. CIV04-00041
Page 4

17. Pursuant to Local Rule 16.7(f)(2), a party may serve and file any objections to another party's Witness List, Discovery Material Designations, and Exhibit List on or before **January 23, 2006.** Objections not so made shall be deemed waived.

18. Pursuant to Local Rule 16.7(g), each counsel may serve and file a motion in limine with respect to anticipated evidentiary problems, on or before **January 23, 2006.** Objections not so made shall be deemed waived.

19. The Final Pre-Trial Conference shall be held on **January 23, 2006 at 4:00 p.m.** (seven (7) days prior to trial);

20. The trial shall be held on **January 30, 2006 at 9:30 a.m.,** (in no event shall the trial be later than eighteen (18) months after the complaint is filed, unless the Court otherwise allows).

21. The trial is a jury trial.

22. It is anticipated that it will take five (5) days to try this case.

23. The names of counsel are as follows:

For Plaintiff/Counterclaim Defendant:

David W. Dooley, Esq.
Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

For Defendant/Counterclaimant:

David A. Mair, Esq.
Maria Cenzon-Duenas, Esq.
Mair, Mair, Spade & Thompson
238 A.F. C. Flores Street
Suite 801, Pacific News Building
Hagatna, Guam 96910
Telephone: (671) 472-2089/90
Facsimile: (671) 477-5206

24. The parties wish to submit this case to a settlement conference.

25. The following issues will affect the status or management of the case: **none currently known.**

APPROVED AND SO ORDERED: December 16, 2004

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate

[RECEIVED NOV 19 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM]

APPROVED AS TO FORM AND CONTENT:

DOOLEY ROBERTS & FOWLER LLP

By: _____
DAVID W. DOOLEY
Attorneys for Occidental Life Insurance
Company of North Carolina
Date: Nov 17, 2004

MAIR, MAIR, SPADE & THOMPSON

By: _____
MARIA T. CENZON-DUENAS
Attorneys for NetCor, Inc. Holding
Company
Date: _____

DWD/fad f:\documents\ddooley\o130 occidental\pleadings\o130.scheduling order 11 17 2004.doc