DOOLEY ROBERTS & FOWLER LLP
865 S. Marine Drive
Suite 201, Orlean Pacific Plaza
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiff/Counterclaim Defendant
Occidental Life Insurance Company of North Carolina



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | | |
|---|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | ) ) ) | CIVIL ACTION NO. 04-00041 |
| Plaintiff/Counterclaim Defendant, | ) ) | |
| vs. | ) ) ) | [PROPOSED] DISCOVERY PLAN |
| NETCOR, INC. HOLDING COMPANY, | ) ) | |
| Defendant/Counterclaimant. | ) | |

Pursuant to Local Rules 16.1 and 16.2 of the District Court of Guam and the Court's Scheduling Notice dated November 1, 2004, the parties submit the following Discovery Plan:

1. The parties shall make all initial disclosures required under F.R.C.P. 26(a) and Local Rule 26.2 on or before **December 1, 2004**.

2. The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery, including time and length of discoverable events:

    a. Occidental and NetCor intend to take depositions of all persons with knowledge of the matters alleged in the Complaint and Counterclaim. Some of these depositions will be taken in the United States mainland.

b. Occidental intends to propound, as to NetCor: 1) Requests for Production of Documents; 2) Interrogatories; and 3) Requests for Admissions, all regarding NetCor's counterclaims and any defenses to Occidental's claims. Occidental intends to complete this discovery within two hundred seventy (270) days.

c. NetCor intends to propound the following discovery: 1) Requests for Production of Documents; 2) Interrogatories; and 3) Requests for Admissions on Occidental. NetCor intends to complete this discovery within two hundred seventy (270) days.

APPROVED AND SO ORDERED: December 16, 2004.

**HONORABLE JOAQUIN V.E. MANIBUSAN, JR.**
Magistrate

RECEIVED
NOV 1 9 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

APPROVED AS TO FORM AND CONTENT:

DOOLEY ROBERTS & FOWLER LLP

By: **DAVID W. DOOLEY**
Attorneys for Occidental Life Insurance Company of North Carolina

Date: 11/14/2004

MAIR, MAIR, SPADE & THOMPSON

By: **MARIA T. CENZON-DUENAS**
Attorneys for NetCor, Inc. Holding Company

Date: _____

DWD/fad f:\documents\ddooley\o130 occidental\pleadings\o130.discovery plan 11 17 2004.doc