DOOLEY ROBERTS & FOWLER LLP
865 S. Marine Drive
Suite 201, Orlean Pacific Plaza
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiff Occidental Life
Insurance Company of North Carolina





IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | ) ) ) | CIVIL ACTION NO. 04-00041 |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) ) | OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA'S ANSWER TO COUNTERCLAIMS |
| NETCOR, INC. HOLDING COMPANY, | ) ) ) | |
| Defendant. | ) | |

COMES NOW Counterclaim Defendant Occidental Life Insurance Company of North Carolina ("Occidental"), and as its response to the counterclaims which have been filed in the above-captioned matter alleges:

## ANSWER

1. Occidental admits the allegations contained in paragraphs 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 15, 29, 40, 55 and 60 of the counterclaims.

2. Occidental denies the allegations contained in paragraphs 4, 14, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38, 41, 42, 43, 44, 45, 46, 48, 49, 50, 51, 56, 57, 58, 59, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70 and 71 of the counterclaims.

3. Occidental lacks sufficient information so as to be able to form an answer to

allegations contained in paragraphs 16, 52, 53, and 54 of the counterclaims and on that basis deny said allegations.

4. As its answer to paragraphs 13, 27, 39, and 47 of the counterclaims, Occidental realleges and incorporates herein its responses to those paragraphs that were realleged by Counterclaimant in said paragraphs.

## AFFIRMATIVE DEFENSES

1. The counterclaim fails to state a claim upon which relief can be granted.

2. The counterclaims are barred by the doctrine of unclean hands.

3. The counterclaims are barred because Counterclaimant is guilty of unfair or inequitable conduct.

4. The counterclaims are barred by the doctrine of good faith and fair dealing.

5. The counterclaims are barred by laches.

6. The counterclaims are barred by estoppel.

**WHEREFORE,** Occidental prays for judgment on the counterclaims as follows:

1. That Counterclaim Plaintiff NetCor, Inc. Holding Company take nothing from the counterclaims filed herein;

2. For costs of suit, including reasonable attorneys' fees; and

4. For such other and further relief as the court deems appropriate.

DOOLEY ROBERTS & FOWLER LLP

Dated: March 2, 2005    By: _____
**DAVID W. DOOLEY**
Attorneys for Plaintiff Occidental Life
Insurance Company of North Carolina

2

## CERTIFICATE OF SERVICE

I, **DAVID W. DOOLEY,** hereby certify that on the 2nd day of March, 2005, I caused a copy of Occidental Life Insurance Company of North Carolina's Answer to Counterclaims to be served upon the following via hand delivery:

David A. Mair, Esq.
Maria T. Cenzon-Duenas, Esq.
**MAIR, MAIR, SPADE AND THOMPSON, P.C.**
238 A.F. C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910

Dated: March 2, 2005

_____
DAVID W. DOOLEY