
**FILED**
DISTRICT COURT OF GUAM

MAY 1 8 2005

**MARY L.M. MORAN
CLERK OF COURT**



MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendant/Counterclaim-Plaintiff
  NetCor, Inc. Holding Company

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, <br><br>  Plaintiff, <br><br> v. <br><br> NETCOR, INC. HOLDING COMPANY, <br><br>  Defendant. <br><hr> NETCOR, INC. HOLDING COMPANY, <br><br>  Counterclaim-Plaintiff, <br><br> v. <br><br> OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, <br><br>  Counterclaim-Defendant. | CIVIL ACTION NO. 04-00041 <br><br><br><br><br><br> **STIPULATION AND ORDER** |



The parties herein have agreed to meet to discuss a settlement of this lawsuit, which is currently scheduled for *June 28 and 29, 2005*, in Chicago, Illinois. The parties have agreed to hold the settlement meetings in Illinois because the individuals with the authority to authorize a settlement are located in various states around the country and Guam. Because of the difficulty in arranging the schedules of all necessary individuals during these summer months, and in anticipation of the possibility that a trial, and the attendant costs, may be avoided by a settlement, the parties have agreed to extend the dates as previously set forth in the Scheduling Order filed in this Court on December 16, 2004, by four (4) months, as follows:

1. Pursuant to Federal Rule of Civil Procedure 26(a)(2), the parties shall disclose to all other parties the identity of all expert witnesses who may testify at trial, and exchange the required copies of the experts' reports by **October 3, 2005**; and until **October 17, 2005** to identify any rebuttal experts. The parties shall make all such experts available to be deposed from **October 18, 2005 to November 15, 2005,** at specific times and dates as mutually agreed;

2. Status of Discovery (Plan): The parties' Discovery Plan which was separately filed is adopted and incorporated herein by reference as part of this Scheduling Order;

3. The discovery cut-off date (defined as the last day to file responses to discovery is **November 15, 2005;**

4. The anticipated discovery motions are: **none at this time.** All discovery motions shall be filed on or before **December 15, 2005,** and heard on or about **January 5, 2006** at **10:00 a.m.**;

5. The anticipated dispositive motions are **motions to dismiss and/or for summary judgment.** All dispositive motions shall be filed on or before **January 30, 2006,** and heard on or about **February 21, 2006** at **10:00 a.m.**;

6. The prospects for settlement are **unknown at this time;**

7. The following pretrial disclosures shall be made no later than May 1, 2006;

   a. Pursuant to Local Rule 16.7(b), the parties' trial briefs shall be filed and exchanged;

   b. Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures shall be exchanged.

8. The Preliminary Pre-Trial Conference shall be held on **May 9, 2006** at ~~9:30~~ 10:30 a.m. (no later than twenty-one (21) days prior to trial);

9. Pursuant to Local Rule 16.7(d), the parties shall file their witness lists, discovery material designations, exhibit lists, and binders containing copies of trial exhibits, on or before **May 16, 2006** (no later than fourteen (14) days prior to trial);

10. Pursuant to Local Rule 16.7(e), Plaintiff shall file the Joint Proposed Pretrial Order on or before **May 16, 2006** (no later than fourteen (14) days prior to trial);

3

11. Pursuant to Local Rule 16.7(f)(1) and Local Rule 51.1, counsel shall serve on all parties and lodge with the Court proposed *voir dire* questions, if any, the forms of verdict, and joint proposed jury instructions as required by Local Rule 16.7(f) on or before **May 23, 2006.** Sufficiently in advance of such filing, the parties shall meet and confer to formulate a list of joint proposed jury instructions and those instructions upon which agreement cannot be reached shall be submitted in a separate packet;

12. Pursuant to Local Rule 16.7(f)(2), a party may serve and file any objections to another party's Witness List, Discovery Material Designations, and Exhibit List on or before **May 23, 2006.** Objections not so made shall be deemed waived;

13. Pursuant to Local Rule 16.7(g), each counsel may serve and file a motion in limine with respect to anticipated evidentiary problems, on or before **May 23, 2006.** Objections not so made shall be deemed waived;

14. The Final Pre-Trial Conference shall be held on **May 23, 2006** at ~~4:00 p.m.~~ May 17 2:00 pm (Seven (7) days prior to trial);

//

//

//

4

15. The trial shall be held on **May 30, 2006** at **9:30 a.m.**, (in no event shall the trial be later than eighteen (18) months after the complaint is filed, unless the Court otherwise allows).

**SO STIPULATED.**

MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys for Defendant/Counterclaimant

DATED: 5/17/05 , 2005.      By: _____
                                 MARIA T. CENZON-DUENAS

DOOLEY ROBERTS & FOWLER, LLP
Attorneys for Plaintiff/Counterclaim Defendant

DATED: 5/17/05 , 2005.      By: _____
                                 DAVID W. DOOLEY

SO ORDERED: May 17 , 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
Magistrate

P05724.MTCD.wpd

**RECEIVED**
MAY 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

5