MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendant/Counterclaim Plaintiff
  NetCor, Inc. Holding Company

**FILED**
DISTRICT COURT OF GUAM
AUG -2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA,<br><br>Plaintiff,<br><br>v.<br><br>NETCOR, INC. HOLDING COMPANY,<br><br>Defendant. | CIVIL CASE NO. 04-00041<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| NETCOR, INC. HOLDING COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA,<br><br>Counterclaim-Defendant. | |

## ORIGINAL

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the ___ day of _____, 2005, at the hour of _____ .m., Defendant/Counter-claim Plaintiff NetCor Inc. Holding Company ("NetCor") will bring the above-entitled motion on for hearing in the District Court of Guam, located at 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910.

## DEFENDANT/COUNTERCLAIM PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff NetCor Inc., through its undersigned counsel, hereby moves for summary judgment on Plaintiff Occidental Life Insurance Company's ("OLIC") claims against it for Breach of Contract, Estoppel and Specific Performance. The grounds for this motion are that there is no genuine issue of material fact in this action, and defendant is entitled to judgment as a matter of law on all of Plaintiff's claims against it. See Fed.R.Civ.P. 56(c); Dambrot v. Central Michigan University, 55 F.3d 1177, 1182 (6th Cir. 1995) (citing Anderson v. Liberty Lobby. Inc., 477 U.S. 242, 247- 46 (1986)). In support of this motion, the Court is respectfully referred to the accompanying memorandum of points and authorities, declarations, attached exhibits, and any further evidence as well as any and all arguments to

be adduced at the hearing of the instant motion.

Respectfully submitted this 2nd day of August, 2005.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant/Counterclaim Plaintiff
NetCor Inc. Holding Company

By _____
MARIA T. CENZON-DUENAS

P05816.MTCD.wpd