MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendant/Counterclaim Plaintiff
  NetCor, Inc. Holding Company



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | | |
|---|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | ) ) ) | CIVIL CASE NO. 04-00041 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NETCOR, INC. HOLDING COMPANY, | ) ) | **STIPULATION AND ORDER** |
| Defendant. | ) ) | **TO HOLD PENDING MOTION IN ABEYANCE** |
| NETCOR, INC. HOLDING COMPANY, | ) ) ) | |
| Counterclaim-Plaintiff, | ) ) ) | |
| v. | ) ) | |
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA, | ) ) ) | |
| Counterclaim-Defendant. | ) ) | |

COME NOW, the parties in the above-captioned matter, by and through their counsels of record, and hereby STIPULATE and AGREE to hold in abeyance the Motion for Summary Judgment filed by Defendant/Counter-claim Plaintiff NetCor Inc. Holding Company ("NetCor"), which is currently pending in this Court. The parties have agreed to settle this matter and request that the matter be stayed pending the execution of a final settlement agreement, which is expected within the next thirty (30) days, but no longer than sixty (60) days from the date of this Stipulation and Order.

Notwithstanding the anticipated settlement, however, the parties agree to reserve their rights to proceed with the prosecution of their respective claims, including the pending motion for summary judgment, in the event a final settlement agreement is not reached.

The parties further request that the Court vacate the dates set forth in the Scheduling Order of May 18, 2005.

SO STIPULATED.

| | |
|---|---|
| **MAIR, MAIR, SPADE & THOMPSON**<br>A Professional Corporation<br>Attorneys for Defendant/Counterclaim-<br>Plaintiff NetCor Inc. Holding Company<br><br>By: _____<br>MARIA T. CENZON-DUENAS<br>DATED: 9/9/05, 2005. | **DOOLEY, ROBERTS & FOWLER, LLP**<br>Attorneys for Plaintiff/Counterclaim-<br>Defendant Occidental Life Insurance<br>Company of North Carolina<br><br>By: _____<br>DAVID W. DOOLEY<br>DATED: 9/9, 2005. |

## ORDER

The Motion for Summary Judgment currently pending before this Court shall be held in abeyance and all further proceedings in this case be stayed pending the execution of a final settlement agreement, which is expected within the next thirty (30) days, but no longer than sixty (60) days from the date of this Order.

IT IS FURTHER ORDERED that the dates set forth in the Scheduling Order of May 18, 2005 be VACATED.

SO ORDERED: SEP - 9 2005 , 2005.

/s/ E. Barrett Ano

~~HONORABLE JOAQUIN V.E. MANIBUSAN, JR.~~
~~Magistrate~~
ELIZABETH BARRETT-ANDERSON
DESIGNATED JUDGE



RECEIVED
SEP - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2005, a copy of the foregoing

STIPULATION AND ORDER TO HOLD PENDING MOTION IN ABEYANCE, was served,

via hand delivery, on:

> David W. Dooley, Esq.
> DOOLEY ROBERTS & FOWLER, LLP
> 865 S. Marine Corps Drive, Ste. 201
> Orlean Pacific Plaza
> Tamuning, Guam 96913

Respectfully submitted this 9th day of September, 2005.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant/Counterclaim Plaintiff
NetCor Inc. Holding Company

By /s/ _____
MARIA T. CENZON-DUENAS

P05745.MTCD.wpd

4