MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendant/Counterclaim-Plaintiff
  NetCor, Inc. Holding Company



**FILED**
DISTRICT COURT OF GUAM
NOV - 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA,<br><br>Plaintiff,<br><br>v.<br><br>NETCOR, INC. HOLDING COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 04-00041 |
| NETCOR, INC. HOLDING COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA,<br><br>Counterclaim-Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**ORIGINAL**

It is hereby STIPULATED by and between the parties to the above entitled action that this matter be and is, now and forever, DISMISSED WITH PREJUDICE. All parties shall bear their own costs and fees, including attorneys' fees.

**SO STIPULATED.**

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant/Counterclaimant

DATED: November 8, 2005.        By: _____
                                      MARIA T. CENZON-DUENAS

**DOOLEY ROBERTS & FOWLER, LLP**
Attorneys for Plaintiff/Counterclaim
 Defendant

DATED: November 7, 2005.        By: _____
                                      DAVID W. DOOLEY

D057100.MTCD