MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Defendant/Counterclaim-Plaintiff
  NetCor, Inc. Holding Company

**FILED**
DISTRICT COURT OF GUAM
NOV 14 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA,<br><br>Plaintiff,<br><br>v.<br><br>NETCOR, INC. HOLDING COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 04-00041<br><br><br><br><br><br><br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| NETCOR, INC. HOLDING COMPANY,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>OCCIDENTAL LIFE INSURANCE COMPANY OF NORTH CAROLINA,<br><br>Counterclaim-Defendant. | |

ORIGINAL

The parties to the above-entitled action having STIPULATED that this matter be and is, now and forever, DISMISSED WITH PREJUDICE with all parties shall bear their own costs and fees, including attorneys' fees, it is

SO ORDERED, ADJUDGED, and DECREED this 14 day of NOVEMBER 2005.

ROBERT CLIVE JONES
Designated District Judge

APPROVED AS TO FORM:

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation

Attorneys for Defendant/Counterclaimant

DATED: November 8, 2005.   By: _____
MARIA T. CENZON-DUENAS

**DOOLEY ROBERTS & FOWLER, LLP**
Attorneys for Plaintiff/Counterclaim Defendant

DATED: November 7, 2005.   By: _____
DAVID W. DOOLEY

D057125.MTCD

RECEIVED
NOV -8 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM