# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Occidental Life Insurance Company of North America,<br><br>Plaintiff,<br><br>vs.<br><br>Netcor, Inc. Holding Company,<br><br>Defendant. | Civil Case No. 1:04-cv-00041<br><br><br><br>**J U D G M E N T** |

*Judgment is hereby entered in accordance with the Order re: Stipulation for Dismissal with Prejudice filed November 14, 2005.*

/s/ **Mary L.M. Moran**
Clerk of Court