# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| **Occidental Life Insurance Company of North Carolina** , <br><br> Plaintiff, <br><br> vs. <br><br> **Netcor, Inc. Holding Company**, <br><br> Defendant. | Case No. 1:04-cv-00041 |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following document:

*Judgment filed November 14, 2005*
*Date of Entry: November 14, 2005*

The original judgment is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** November 14, 2005               Clerk of Court
                                          **/s/ Mary L.M. Moran**