# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| **Occidental Life Insurance Company of North Carolina**, <br><br> Plaintiff, <br><br> vs. <br><br> **Netcor, Inc. Holding Company**, <br><br> Defendant. | Case No. 1:04-cv-00041 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed November 14, 2005 and Notice of Entry filed November 14, 2005,* on the dates indicated below:

Dooley Roberts and Fowler LLP        Mair, Mair, Spade and Thompson
November 15, 2005        November 15, 2005

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Judgment filed November 14, 2005 and Notice of Entry filed November 14, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 15, 2005        /s/ Renee M. Martinez
        Deputy Clerk